IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00829-MSK-BNB

DANIEL F. CIVIELLO,

    Plaintiff,

v.

BJOERN H. HIHN, and
VANGUARD CAR RENTAL USA, INC., d/b/a/ ALAMO CAR RENTAL/ALAMO RENT A
CAR, L.L.C,

    Defendants.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Boulder County District Court. He seeks to recover an unspecified amount of damages for injuries sustained in a motor vehicle collision. In the Notice of Removal, the Defendants assert that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

In his Complaint, the Plaintiff did not request any particular monetary relief. The Defendants contend that the requisite amount in controversy is established solely by the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing

of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Boulder County District Court.

Dated this 24th day of April, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge